# REDACTED

# AFFIDAVIT OF TRUTH

20- 1405

| | |
|---|---|
| DELAWARE state<br>  unincorporated | )<br>) Scilicet<br>) |
| County of New Castle<br>  unincorporated | )<br>) |

*"Indeed, no more than (affidavits) is necessary to make the prima facie case."*
Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982.);
United States v. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981)

THAT I, Sarita-Mae: Banning, a living breathing wo/man, being first duly sworn, depose and say and declare by my autograph that the following facts are accurate, correct, and complete to the best of my knowledge and belief.

THAT, the Affiant's rights "…existed by the law of the land (Common Law), "long antecedent" to the organization of the State..." (Hale v. Henkel, 201 U.S. 43 (1906))

THAT, the Affiant's right exists even in light of the U.S. Bankruptcy, aka The National Emergency, and that includes the right of redemption.

THAT, the Affiant filed a UCC Financing Statement (UCC-1) UCC Filing Number (*Redacted*), via New York State on September 06, 2019, to perfect a security interest to initiate redemption as a matter of right.

THAT, under the Declaration of Independence, "All men…have certain inalienable rights"; however, the Affiant, thus an Aboriginal and Indigenous American (U.S. Department of State Full Faith and Credit # (*Redacted*), have unalienable Rights under natural law and the Articles of Confederation, 1781.

THAT, the Affiant, is of the sovereign people, above the corporate government called 'State of Delaware/STATE OF DELAWARE, operating in a de-facto bankrupt capacity/status. (Chisholm v. Georgia (U.S.) 2 Dall 419, 454, 1 L Ed 440, 455 @Dall (1793) Pp 471-472.)

THAT, the Affiant is the Secured Party/Creditor and authorized representative of the corporate fiction-entity/Debtor (Ens legis) identified as SARITA MAE BANNING©.

THAT, the Affiant caused to be filed, a Superior Security Interest and Lien upon the property of the Debtor and in the Debtor's name filed first in line and first in time, over and above the State of Delaware and that all property is exempt from levy.

THAT, the State of Delaware can not show nor provide a superior interest in the said property as identified upon the "Registered" Security Agreement held by the Affiant. (see for reference; Wynehamer v. People of New York 13 N.Y. 378 (1856))

THAT, the Affiant/Secured Party is flesh and blood, and the corporate fiction/Debtor/Ens legis, appearing upon any UCC filings, is 'artificial,' created in the contemplation of law (commerce), AND THE TWO ARE NOT THE SAME; ONE BEING REAL THE OTHER FICTION.

THAT, any discrimination or injury caused by the State of Delaware to recognize the two distinct entities (one is real and the other artificial), agrees to such injuries and associated damages as established by the Affiant and

1

# AFFIDAVIT OF TRUTH

the State; by or through its agents, under said agreement, is estopped from defense or rebuttal in the matter, and agrees that the Affiant may proceed by Tort Claim for damages.

THAT, this Affidavit if not rebutted point for point by any man, representing the State of Delaware, at any level, in any matter, at any time within seven (7) days upon receipt, these facts stand as valid for both private and public records...as true.

THAT, SARITA MAE BANNING IS A DEBTOR, SSN (Redacted).

THAT, Sarita Mae Banning is a Creditor, Trust Account No. (Redacted).

NOTE:  A. Maxims of Commercial Law
- 3. In Commerce — Truth is sovereign.
- 7. For a matter to be resolved, it must be expressed.

B. Point of Law — Silence equates to consent/agreement. (see also U.S. v. Tweel, 550 F. 2d 297, 299)

Further Affiant Sayth Not.

Done this 13th day of October 2020 A.D.

_____ "Without Prejudice"
Sarita Mae Banning, Affiant, Authorized
Representative, Attorney-in-Fact in behalf of
SARITA MAE BANNING©, Ens legis

### Jurat

SUBSCRIBED TO AND SWORN before me this 13th day of October 2020 A.D., a Notary, that Sarita Mae Banning, personally appeared and is known to me to be the wo/man whose name subscribed to this within instrument and acknowledgment to be the same.

_____ Seal
Notary Public in and for said State

My Commission expires: October 5, 2022







Sarita M. Banning
C/O 406 Virginia Drive
Middletown, Delaware, USA

20-1405

Office of the Clerk
The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 North King Street, Unit 18
Wilmington, Delaware [1980]