# Redacted



Affidavit of Truth
Sarita Mae Banning

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
**Redacted**

| DELAWARE State | ) |
| Unincorporated | ) |
| | ) Sciliet |
| County of New Castle | ) |
| Unincorporated | ) |

*"Indeed, no more than (affidavits) are necessary to make the prima facie case."*
Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982.);
United States v. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981)

Know all men by these presents, to all to whom these presents shall come, greetings:

THAT I, Sarita-Mae: Banning, a living breathing wo/man, being first duly sworn, depose and say and declare by my autograph that the following facts are accurate, correct, and complete to the best of my knowledge and belief.

THAT, the Affiant's rights "…existed by the law of the land (Common Law), "long antecedent" to the organization of the State..." (Hale v. Henkel, 201 U.S. 43 (1906))

THAT, the Affiant's right exists even in light of the U.S. Bankruptcy, aka The National Emergency, and that includes the right of redemption.

THAT, the Affiant filed a UCC Financing Statement (UCC-1) UCC Filing Number (*Redacted*), via New York State on September 06, 2019, to perfect a security interest to initiate redemption as a matter of right.

THAT, under the Declaration of Independence, "All men…have certain inalienable rights"; however, the Affiant, thus an Aboriginal and Indigenous American (U.S. Department of State Full Faith and Credit # *Redacted*), have unalienable Rights under natural law and the Articles of Confederation, 1781.

THAT Affiant is a native, aborigine and indigenous to the land called America, having been born here along with her ancestors since immemorial and before the invasion by Christopher Columbus (See **"nativity"** on parent's authenticated marriage certificate). *AMERICAN.*

THAT, the Affiant, is of the sovereign people, above the corporate government called 'State of Delaware/STATE OF DELAWARE,' operating in a de-facto bankrupt capacity/status. (Chisholm v. Georgia (U.S.) 2 Dall 419, 454, 1 L Ed 440, 455 @Dall (1793) Pp 471-472.)

Affidavit of Truth
Sarita Mae Banning

THAT, the Affiant is the Secured Party/Creditor and authorized representative of the corporate fiction-entity/Debtor (Ens legis) identified as SARITA MAE BANNING©.

THAT, the Affiant caused to be filed, a Superior Security Interest and Lien upon the property of the Debtor and in the Debtor's name filed first in line and first in time, over and above the State of Delaware and that all property is exempt from levy.

THAT, the State of Delaware cannot show nor provide a superior interest in the said property as identified upon the "Registered" Security Agreement held by the Affiant. (see for reference; Wynehamer v. People of New York 13 N.Y. 378 (1856)).

THAT Affiant as a witness has first- hand knowledge of the facts stated herein regarding the certificate of birth and BIRTH CERTIFICATE.

THAT, the Affiant/Secured Party is flesh and blood, and the corporate fiction/Debtor/Ens legis, appearing upon any UCC filings, is 'artificial,' created in the contemplation of law (commerce), AND THE TWO ARE NOT THE SAME; ONE BEING REAL THE OTHER FICTION.

THAT, any discrimination or injury caused by the State of Delaware to recognize the two distinct entities (one is real and the other artificial), agrees to such injuries and associated damages as established by the Affiant and the State; by or through its agents, under said agreement, is estopped from defense or rebuttal in the matter, and agrees that the Affiant may proceed by Tort Claim for damages.

THAT, this Affidavit if not rebutted point for point by any man, representing the State of Delaware, at any level, in any matter, at any time within seven (10) days upon receipt, these facts stand as valid for both private and public records…as true.

THAT, based on customary international laws, the 5th Amendment of the Constitution for the United States of America, which guarantees due process of the law and Article IV of same Constitution Section 1; Full Faith and Credit shall be given in each State to the public Acts, Records and judicial proceedings of every other state…

THAT, the Petitioner is Aboriginal / Indigenous to America (American National) within the meaning of the description of the Draft Declaration of the Inter-American Declaration of the Rights of Indigenous Peoples at Article 1 Definition:

THAT, Sarita Mae Banning's nationality is American and that she is an American National by *Jus Sanguinis.*

Affidavit of Truth
Sarita Mae Banning

THAT, in this Declaration Indigenous Peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their territories by Europeans…"

THAT, Indigenous People are separate and distinct; alien to this administration; and have a separate and distinct status from the administrators of the colonial occupiers of the land; as recognized in the Declaration on Principles of International Law of Friendly Relations and Cooperation Among States; wherein it does say under the Principles of Equal Rights and self-determination of Peoples (B5): "The territory of a colony or other Non-Self Governing Territory has, under the Charter, a status separate and distinct from the territory of the State administering it…"

THAT, according to the 1828 Webster American Dictionary, American is defined as: **AMER'ICAN**, *adjective* Pertaining to America. **AMER'ICAN**, *noun* A native of America; originally applied to the aboriginals, or copper-colored races, found here by the Europeans; but now applied to the descendants of Europeans born in America. - *The name American must always exalt the pride of patriotism. - Washington*

THAT, SARITA MAE BANNING IS A DEBTOR, SSN (*Redacted*), a LEGAL FICTION).

THAT, Sarita Mae Banning is a Creditor, UCC Trust Account No: (*Redacted*), a live Flesh and Blood Human Being).

NOTE:  A. Maxims of Commercial Law
- 3. In Commerce — Truth is sovereign.
- 7. For a matter to be resolved, it must be expressed.

B. Point of Law — Silence equates to consent/agreement. (see also U.S. v. Tweel, 550 F. 2d 297, 299)

Further Affiant Sayeth Not.

Done this 16th day of October 2020 A.D.

Affidavit of Truth
Sarita Mae Banning

American National

Sarita Mae Banning

Submitted, Respectfully and Humbly,

"Without Prejudice"

Sarita Mae Banning, Affiant,
Agent, Plenipotentiary, Attorney-In-Fact in behalf
of SARITA MAE BANNING©; Ens legis
All rights reserved. U.C.C. 1-207/1-308; U.C.C. 1-103

Under seal and bounded Landmark

c/o 406 Virginia Drive
Middletown, Delaware
[Zip Exempt DMM 122.32], USA
Non-Domestic

cc: The United Nations
    Donald J. Trump, President of the United States
    File

**Jurat**

SUBSCRIBED TO AND AFFIRMED/SWORN before me this 16th day of October 2020, A.D., a Notary, that personally appeared Sarita Mae Banning, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their autograph(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Delaware that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Chavonya Reddick
Notary Public in and for said state

Seal [CHAVONYA REDDICK NOTARY PUBLIC STATE OF DELAWARE 10-05-2022]

Commission expires: October 5, 2022

WORLDWIDE INTERNATIONAL DOCUMENT SMB20201016 ™ Copy Claim

Page 4 of 5

Affidavit of Truth
Sarita Mae Banning

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via U. S. Postal Service to the below listed entities on this 16th day of October 2020, A.D.

Mailed via:

Office of the Clerk
District Court Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801
302.573.6170

Office of the United Nations
405 East 42nd Street
New York, NY [10017], USA
212.963.1234

Office of the President
President of the United States
President, Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500
202.456.1414

_____
Sarita Mae Banning, American National
Agent, Plenipotentiary, Attorney-In-Fact
in behalf of
SARITA MAE BANNING; Ens legis
All rights reserved. U.C.C. 1-207/1-308;
U.C.C. 1-103

c/o 406 Virginia Drive
Middletown, Delaware
[Zip Exempt DMM 122.32], USA
Non-Domestic

Jarita Mae Banning
c/o 406 Virginia Drive
Middletown, Delaware
[Zip exempt DMM 122.32], USA

RF 245 413 166 US

U.S. POSTAGE PAID
FCM LG ENV
MIDDLETOWN, DE
19709
OCT 16, 20
AMOUNT
$0.00

FILED
OCT 21 2020
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 North King St. Unit 18
Wilmington, Delaware 19801

U.S.M.S.
FX-RAY'd